■ In the Matter of DEXTER STINSON, Appellant, v WESTCHESTER HEALTH CARE CORPORATION et al., Respondents. [868 NYS2d 538]

Under the circumstances of this case, the Supreme Court did not improvidently exercise its discretion in denying the petition and dismissing the proceeding (*see Williams v Nassau County Med. Ctr.*, 6 NY3d 531, 538 [2006]). Spolzino, J.P., Santucci, Miller, Dickerson and Eng, JJ., concur.